UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 18-10569-RWZ

PHYLLIS A. PANICO and JOHN J. PANICO

v.

U.S. BANK NATIONAL ASSOCIATION as Trustee,
Successor in Interest to BANK OF AMERICA, N.A.,
as Successor by Merger to LASALLE BANK, N.A.,
as Trustee on Behalf of the Holders
of the Washington Mutual Mortgage Pass-Through,
Certificates, Wmalt Series 2006-8

ORDER

MAY 11, 2018

ZOBEL, S.D.J.

Plaintiffs bring the instant action to bar foreclosure, and defendants move to dismiss. Their motion to dismiss (Docket # 6) is allowed. See Tucker v. U.S. Bank, N.A. for Citigroup Mortgage Loan Trust Inc., No. 17-cv-11909, 2018 WL 935424 (D. Mass. Feb. 16, 2018); see also Strawbridge v. Bank of N.Y. Mellon, 79 N.E.3d 1103, 1106–08 and n.8 (Mass. App. Ct. 2017).

Judgment may be entered dismissing the complaint with prejudice.

    May 11, 2018                         /s/Rya W. Zobel

       DATE                                  RYA W. ZOBEL
                                           SENIOR UNITED STATES DISTRICT JUDGE